# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Metag Insaat Ticaret, A.S. | ) ASBCA Nos. 58347, 58348 |
| | ) 58445, 58618 |
| Under Contract No. W912ER-10-C-0011 | ) |

APPEARANCES FOR THE APPELLANT:  Thomas J. Fraser, Jr., Esq.
Ivania Perez, Esq.
  Eavenson Fraser Lunsford & Evans, PL
  Jacksonville, FL

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
  Engineer Trial Attorney
Tania Wang, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The appeals have been settled. At the parties' request, they are dismissed from the Board's docket with prejudice.

Dated: 18 July 2014

Terrence S. Hartman
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58347. 58348, 58445, 58618, Appeals of Metag Insaat Ticaret, A.S., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2